

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2018

No. 04-16-00671-CR

Luis Alfredo **SERVIN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5175
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Appellant's Motion to Substitute Appellate Counsel, and for Extension of Time to File Brief is GRANTED. The appellant's brief is due on August 27, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court